# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Bank of Blue Valley, a Division of HTLF Bank,**<br><br>　　　　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**B&B Capital, LLC, et. al.**<br><br>　　　　　　　　　　　**Defendants.** | **Case No.: 4:23-cv-00634-BCW** |

## JOINT MOTION FOR STIPULATED JUDGMENT FOR FORECLOSURE

COMES NOW Plaintiff Bank of Blue Valley, a division of HTLF Bank, successor by merger with Bank of Blue Valley f/k/a Morrill & Janes Bank and Trust Company ("Plaintiff" or "Lender") and Defendants B&B Capital, LLC ("Borrower") and the United States of America (the "USA"), by and through their respective counsel, and jointly move this Court to enter judgment on Count XIV (Foreclosure of Real Property in Ray County, Missouri) of Plaintiff's First Amended Complaint. The respective parties state that they are the only entities claiming an interest in the Real Property in Ray County, Missouri and there is no reason for this Court to delay entry of judgment on Count XIV such that the Real Property in Ray County, Missouri may be sold at an upcoming foreclosure sale. A proposed Stipulated Judgment for Foreclosure is included herewith as Exhibit 1.

WHEREFORE, the parties request that this Court enter the proposed Stipulated Judgment for Foreclosure and enter all other relief that this Court deems reasonable and just.

Respectfully submitted,

Dated: May 10, 2024

HUSCH BLACKWELL LLP

*/s/ Michael D. Fielding*
Michael D. Fielding   MO 53124
Christopher C. Miles   MO 63654
4801 Main Street, Suite 1000
Kansas City, MO  64112
Tel:     816-983-8000
Fax:     816-983-8080
christopher.miles@huschblackwell.com
michael.fielding@huschblackwell.com

*Attorneys for Plaintiff Bank of Blue Valley, a division of HTLF Bank, successor by merger with Bank of Blue Valley formerly known as Morrill & Janes Bank and Trust Company*

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO#52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorney for B&B Capital LLC*

TERESA A. MOORE
UNITED STATES ATTORNEY

*/s/ Christa Moss*
Christa Moss Missouri Bar #65306
Assistant United States Attorney
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Christa.Moss@usdoj.gov
*Attorneys for United States of America*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2024, the above and foregoing document was filed electronically using this Court's CM/ECF filing system and, upon filing, the CM/ECF system sent notification to all parties participating in the CM/ECF system in this matter.

                                                */s/ Michael D. Fielding*
                                                Michael D. Fielding   MO 53124