IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Bank of Blue Valley, a Division of HTLF Bank, <br><br> **Plaintiff,** <br><br> v. <br><br> B&B Capital, LLC, *et. al.*, <br><br> **Defendants.** | Case No.: 4:23-cv-00634-BCW |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT LATHROP FEED & GRAIN INC.**

COMES NOW, Plaintiff Bank of Blue Valley, a division of HTLF Bank, successor by merger with Bank of Blue Valley formerly known as Morrill & Janes Bank and Trust Company ("Plaintiff" or "BBV"), by and through the undersigned counsel, pursuant to (a) Fed. R. Civ. P. 55(b), (b) L.R. 55.1(b) and (c) this Court's *Order* dated January 22, 2025 (Doc. No. 77), moves this Court to enter a default judgment against Lathrop Feed & Grain Inc. ("Lathrop" or "Defendant"). In support of this Motion Plaintiff states as follows:

1. On September 12, 2023, Plaintiff filed its *Complaint* (Doc. No. 1) and its *First Amended Complaint* on November 17, 2023 ("Amended Complaint") (Doc. No. 12) naming Lathrop as defendant under Count XIV of the Amended Complaint. Lathrop was not named as a Defendant under any other County in the Amended Complaint. *See Id*.

2. Count XIV of the Amended Complaint seeks a determination that Lathrop's interest in the Ray County Real Property (as defined in the Amended Complaint) is junior, inferior and subject to Plaintiff's first lien position. *See* Amended Complaint, ¶ 264.

3. Lathrop did not answer the Amended Complaint. *See generally* docket to this case.

4. On May 10, 2024, Plaintiff filed a *Joint Motion for Stipulated Judgment for Foreclosure* (Doc. No. 61), and the Court subsequently entered the *Order and Consent Judgment as to Count XIV* ("Foreclosure Order"). *See* Doc. No. 62.

5. The Order states the following regarding Lathrop:

> The Court notes Defendant Lathrop Feed & Grain, Inc. ("Lathrop") recorded a Request for Notice of Sale recorded April 10, 2018 under Document No. 122778 in Book 1941, Page 69, requesting that notice be given, per Section 443.325 R.S. Mo., in event of foreclosure of Lender's Deed of Trust filed in Book 1941, Page 66. The Court further notes that Lathrop was duly served in this action (*see* Docket No. 30) but has not entered an appearance nor responded to the First Amended Complaint. While Lathrop is entitled to receive notice of the foreclosure, Lathrop has not recorded nor asserted any interest in the Ray County Property and any potential interest that it may have is inferior and subordinate to the lien of Plaintiff.

*See* Foreclosure Order, ¶ 17.

6. On August 27, 2024, Plaintiff filed its *Motion for Order Authorizing Judicial Foreclosure of Ray County Property* ("Motion for Order of Sale"). *See* Doc. No. 63. No parties have objected to the Motion for Order of Sale, and it is still pending with the Court. Once the Court enters on order approving the Motion for Order of Sale, Plaintiff will coordinate with the U.S. Marshall to conduct a foreclosure sale of the Ray County Real Property.

7. On November 26, 2024, the Court issued an *Order to Show Cause to Defendant Lathrop Feed & Grain* ("Order to Show Cause") (Doc. No. 67), requiring a response by December 17, 2024.

8. The deadline passed, and Lathrop did not respond.

9. On January 22, 2025, the Clerk entered an *Entry of Default as to Lathrop Feed & Grain, Inc*. *See* Doc. No. 76.

10. That same day, the Court entered an *Order* directing Plaintiff to file a motion for default judgment against Lathrop. *See* Doc. No. 77.

11. In accordance with the Court's January 22, 2025 *Order* (Doc. No. 77), Plaintiff hereby requests the Court enter default judgment against Lathrop on Count XIV of the Amended Complaint.

12. Default judgment against Lathrop is necessary because Lathrop has failed to plead or defend in response to both the Amended Complaint and Order to Show Cause. Despite being duly served, Lathrop has chosen not to participate in this litigation. Therefore, the Court should enter default judgment against Lathrop, declaring Lathrop's "interest in the Ray County Property … inferior and subordinate to the lien of the Plaintiff", consistent with the Court's declaration in the Foreclosure Order, ¶ 17.

13. Concurrently with the filing of this Motion, Plaintiff is also submitting the *Declaration of Michael D. Fielding in Support of Plaintiff's Motion for Default Judgment Against Defendant Lathrop Feed & Grain Inc.* as required by L.R. 55.1(b).

14. Also in accordance with the Court's January 22 *Order* (Doc. No. 77), Plaintiff will submit to the Court a proposed order of default judgment in Word format. Plaintiff will include a copy of that proposed order of default judgment in its mailing of this pleading to Lathrop.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion and enter default judgment as outlined above, declaring and determining that (1) Lathrop's interest in the Ray County Property is junior, inferior and subject to Plaintiff's first lien position in the Ray County Property; (2) that, upon entry of a final order approving the sale of the Ray County Property, any interest of Lathrop in the Ray County Property shall be foreclosed, terminated, and

extinguished and Lathrop is forever barred and restrained from setting up and claiming any right, title, interest, estate, equity or lien in, to or upon the Ray County Property, or any part thereof; and (3) that upon the issuance of the Marshal's Deed, Lathrop and all persons claiming by, through, or under it be, and the same are, hereby forever barred, foreclosed and precluded from ever having or claiming to have any right, title, estate, equity, or lien or claim upon the Ray County Property or any part or portion thereof adverse to the title and interest of the purchaser, its successors and assigns.

Respectfully submitted,

Dated: January 27, 2025

HUSCH BLACKWELL LLP

*/s/ Michael D. Fielding*
Michael D. Fielding   MO 53124
Christopher C. Miles  MO 63654
4801 Main Street, Suite 1000
Kansas City, MO  64112
Tel:     816-983-8000
Fax:    816-983-8080
michael.fielding@huschblackwell.com
christopher.miles@huschblackwell.com

*Attorneys for Plaintiff Bank of Blue Valley, a division of HTLF Bank, successor by merger with Bank of Blue Valley formerly known as Morrill & Janes Bank and Trust Company*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2025, the above and foregoing document and accompanying Declaration referenced therein were filed electronically using this Court's CM/ECF filing system and, upon filing, the CM/ECF system sent notification to all parties participating in the CM/ECF system in this matter.

      I further certify that on that same date, a true and correct copy of (a) the forgoing pleading, (b) the proposed order of default judgment referenced therein, and (c) the accompanying *Declaration of Michael D. Fielding in Support of Plaintiff's Motion for Default Judgment Against Defendant Lathrop Feed & Grain Inc* were mailed via U.S. Mail, first-class, postage prepaid to the following:

| | |
|---|---|
| Lathrop Feed & Grain, Inc.<br>c/o David Gene Grady, Registered Agent<br>402 Locust St.<br>Lathrop, MO 64465 | Lathrop Feed & Grain, Inc.<br>c/o David Gene Grady, Registered Agent<br>P.O. Box 694<br>Lathrop, MO 64465 |

      */s/ Michael D. Fielding*
      Michael D. Fielding   MO 53124