IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BANK OF BLUE VALLEY, )<br>a division of HTLF Bank, formerly known )<br>as Morrill & Jones Bank and Trust )<br>Company, )<br>)<br>     Plaintiff, )<br>) <br>v. )<br>)<br>B&B Capital, LLC, et al., )<br>)<br>     Defendants. ) | Case No. 4:23-CV-00634-BCW |

## ORDER

  Before the Court is Plaintiff Bank of Blue Valley ("Plaintiff")'s Motion for Default Judgment Against Defendant Lathrop Feed & Grain, Inc. ("Lathrop"). (Doc. #78). The Court, being duly advised of the premises, grants said motion.

  On November 17, 2023, Plaintiff filed a 15-Count First Amended Complaint against 22 defendants. (Doc. # 12) Count XIV seeks foreclosure of the Ray County Deed of Trust on the Ray County Property (as defined in the First Amended Complaint) against Defendants B&B Capital, the United States of America ("USA")[1], and Lathrop. Lathrop was not named as a defendant under any other Count in the First Amended Complaint. On January 22, 2024, Lathrop was duly served in this action. (Doc. #30). Lathrop did not answer the First Amended Complaint. On May 10, 2024, Plaintiff, B&B Capital, and the USA filed a Joint Motion for Stipulated Judgment for Foreclosure

---

[1] On March 13, 2024, the United States of America was substituted for the United States Small Business Administration. (Doc. #57).

as to the Ray Count Real Property. (Doc. #61). On June 20, 2024, the Court entered an Order and Consent Judgment as to Count XIV. (Doc. #62).

On November 26, 2024, the Court issued an Order to Show Cause to Lathrop as to why the Court should not enter default against it. (Doc. #67). The Order directed Lathrop to show cause in writing on or before December 17, 2024. The Order also indicated Lathrop's failure to timely show cause may result in an entry of default without further notice. Id. Lathrop did not respond to the Order to Show Cause. On January 22, 2025, the Clerk of Court entered default against Lathrop. (Doc. #77). On January 27, 2025, Plaintiff filed the instant motion requesting default judgment against Lathrop. Accordingly, it is hereby

ORDERED Plaintiff's Motion for Default Judgment (Doc. #78) is GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that Lathrop's interest in the Ray County Property is junior, inferior and subject to Plaintiff's first lien position in the Ray County Property. It is further

ORDERED that, upon entry of a final order approving the sale of the Ray County Property, any interest of Lathrop in the Ray County Property shall be foreclosed, terminated, and extinguished and Lathrop is forever barred and restrained from setting up and claiming any right, title, interest, estate, equity or lien in, to or upon the Ray County Property, or any part thereof. It is further

ORDERED, upon the issuance of the Marshal's Deed, Lathrop and all persons claiming by, through, or under it be, and the same are, hereby forever barred, foreclosed and precluded from ever having or claiming to have any right, title, estate, equity, or lien or claim upon the Ray County Property or any part or portion thereof adverse to the title and interest of the purchaser, its successors and assigns. It is further

ORDERED the Clerk of the Court is directed to send a copy of this Order, by U.S. Mail, to Defendant Lathrop Feed & Grain, Inc. at the address on record.

IT IS SO ORDERED.

Dated: <u>January 28, 2025</u>        <u>/s/ Brian C. Wimes                    </u>
　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT