# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Bank of Blue Valley, a Division of UMB Bank, n.a.,**<br><br>**Plaintif,**<br><br>v.<br><br>**B&B Capital, LLC, et. al.**<br><br>**Defendants.** | Case No.: 4:23-cv-00634-BCW |

## JOINT MOTION FOR STIPULATED JUDGMENT ON COUNTS I - XI

COMES NOW Plaintiff Bank of Blue Valley, a division of UMB Bank, n.a., successor by merger to Bank of Blue Valley, a division of HTLF Bank, successor by merger with Bank of Blue Valley f/k/a Morrill & Janes Bank and Trust Company ("<u>Plaintiff</u>" or "<u>Lender</u>") and Defendants B&B Capital, LLC ("<u>B&B</u>"), Matthew Briegel ("<u>Briegel</u>"), Nathaniel Yoder ("<u>Yoder</u>"), Rose Hill Cattle Company, LLC ("<u>Rose Hill</u>"), and B&B Legacy, LLC ("<u>B&B Legacy</u>"), by and through their respective counsel, and jointly move this Court to enter the attached Stipulated Judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of Plaintiff's First Amended Complaint, attached as **Exhibit A**.

As grounds for this joint request, the parties state as follows:

1. On November 1, 2024, Plaintiff filed its Motion for Summary Judgment (Doc. No. 64), moving this Court for summary judgment with respect to Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of Plaintiff's First Amended Complaint.

2. Shortly thereafter, the respective parties agreed to the proposed Stipulated Judgment on Counts I – XI, included herewith as **Exhibit A**, such that there is no reason for this Court to delay entry of judgment.

WHEREFORE, the parties request that this Court enter the proposed Stipulated Judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI (a copy of which is included herewith as Exhibit A), and enter all other relief that this Court deems reasonable and just.

Dated: February 14, 2025

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Michael D. Fielding*
Michael D. Fielding   MO 53124
Christopher C. Miles  MO 63654
4801 Main Street, Suite 1000
Kansas City, MO  64112
Tel:     816-983-8000
Fax:    816-983-8080
christopher.miles@huschblackwell.com
michael.fielding@huschblackwell.com

*Attorneys for Plaintiff Bank of Blue Valley, a division of UMB Bank, n.a., successor by merger to Bank of Blue Valley, a division of HTLF Bank*

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO#52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorney for B&B Capital LLC, Rose Hill Cattle Company, LLC and B&B Legacy, LLC*

2

TROPPITO MILLER GRIFFIN, LLC

*/s/ Chris M. Troppito*
Chris M. Troppito
105 East Fifth Street, Suite 500
Kansas City, MO 64106
(816) 221-6006, Fax: (816) 221-6446
cmt@troppitomiller.com
*Attorneys for Matthew Briegel and Nathaniel Yoder*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2025, the above and foregoing document was filed electronically using this Court's CM/ECF filing system and, upon filing, the CM/ECF system sent notification to all parties participating in the CM/ECF system in this matter.

                                        */s/ Michael D. Fielding*
                                        Michael D. Fielding   MO 53124