IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BANK OF BLUE VALLEY, a division of HTLF Bank, formerly known as Morrill & Jones Bank and Trust Company, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) Case No. 4:23-CV-00634-BCW |
| v. | )<br>) |
| B&B Capital, LLC, et al., | )<br>) |
| Defendants. | ) |

## STIPULATED JUDGMENT ON COUNTS I – XI

Before the Court is Plaintiff Bank of Blue Valley ("Plaintiff" or "Lender") and Defendants B&B Capital, LLC ("B&B"), Matthew Briegel ("Briegel"), Nathaniel Yoder ("Yoder"), Rose Hill Cattle Company, LLC ("Rose Hill"), and B&B Legacy, LLC's ("B&B Legacy") Joint Motion for Stipulated Judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of Plaintiff's First Amended Complaint.[1] (Doc. #82). The Court, being duly advised of the premises, and consistent with the parties' agreement, grants said motion.

The Court hereby FINDS, ORDERS, AND ENTERS JUDGMENT as follows:

1. Pursuant to Fed. R. Civ. P. 54(b), the Court determines that there is no just reason for delay of entry of judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of Plaintiff's First Amended Complaint.

2. Pursuant to the Loan Documents, the following amounts are due and owing as of October 25, 2024:

---

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning as in the First Amended Complaint. (Doc. #12).

1

a. xxxxx7939 Note: Principal balance of $1,344,633.63 plus accrued interest of $189,733.77, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $336.158407 per day, until paid in full, and late charges of $750.00;

b. xxxxx7936 Note: Principal balance of $200,064.11 plus accrued interest of $59,574.30, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $50.016027 per day, until paid in full, and late charges of $9,456.96;

c. xxxxx1205 Note: Principal balance of $671,194.14 plus accrued interest of $66,043.48, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $117.086088 per day, until paid in full, and late charges of $5,509.12;

d. xxxxx1208 Note: Principal balance of $267,971.65 plus accrued interest of $25,541.96, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $46.746165 per day, until paid in full, and late charges of $4,568.48.

3. The total amount due on the Credit Card as of October 25, 2024, is $43,432.99.

4. Additionally, Lender is entitled to recover its reasonable expenses, attorney's fees and costs under the terms of the Loan Documents. The recoverable expenses under the Loan Documents as of October 25, 2024, are $77,033.85 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; conveyance fee, $140.00; UCC fee, $13.60; and other consultant fees, $9,800.00). The recoverable attorneys' fees and costs as of October 25, 2024, are $147,033.48.

5. Plaintiff is awaiting authorization to dispose of certain real property as set forth in its Motion for Order Authorizing Judicial Foreclosure of Property. (Docs. #62, 63).

6. Upon disposition of the real property, Lender will apply the proceeds to the balance(s) due in accordance with the Loan Documents and applicable law.

In light of the foregoing, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to a judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of Plaintiff's First Amended Complaint. (Doc. #12). It is further

ORDERED judgment is entered in favor of Lender and against B&B, Briegel, and Yoder, jointly and severally, on Count I as follows:

    a. xxxxx7939 Note: $1,535,117.40 (which figure consists of the principal balance of $1,344,633.63 plus accrued interest of $189,733.77, and late charges of $750.00); plus

    b. additional interest to accrue from and after October 25, 2024 at the rate of 9.00% per annum, or $336.158407 per day, until paid in full; plus

    c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED that judgment is entered in favor of Lender and against B&B on Count II as follows:

    a. xxxxx7936 Note: $269,095.37 (which figure consists of the principal balance of $200,064.11 plus accrued interest of $59,574.30, and late charges of $9,456.96); plus

    b. additional interest to accrue from and after October 25, 2024, at the rate of 9.00% per annum, or $50.016027 per day, until paid in full; plus

    c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against B&B, Briegel, and Yoder, jointly and severally, on Count III as follows:

a. xxxxx1205 Note: $742,746.74 (which figure consists of principal balance of $671,194.14 plus accrued interest of $66,043.48, and late charges of $5,509.12); plus

b. additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $117.086088 per day, until paid in full; plus

c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against B&B, Briegel, and Yoder, jointly and severally, on Count IV as follows:

a. xxxxx1208 Note: $298,082.09 (which figure consists of principal balance of $267,971.65 plus accrued interest of $25,541.96, and late charges of $4,568.48); plus

b. additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $46.746165 per day, until paid in full; plus

c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against Briegel on Count V in the amount of $3,112,541.92, which figure consists of:

a. xxxxx7939 Note: Principal balance of $1,344,633.63 plus accrued interest of $189,733.77, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $336.158407 per day, until paid in full, and late charges of $750.00;

b. xxxxx7936 Note: Principal balance of $200,064.11 plus accrued interest of $59,574.30, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $50.016027 per day, until paid in full, and late charges of $9,456.96;

c. xxxxx1205 Note: Principal balance of $671,194.14 plus accrued interest of $66,043.48, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $117.086088 per day, until paid in full, and late charges of $5,509.12;

d. xxxxx1208 Note: Principal balance of $267,971.65 plus accrued interest of $25,541.96, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $46.746165 per day, until paid in full, and late charges of $4,568.48;

e. Credit Card balance as of October 25, 2024, in the amount of $43,432.99;

f. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against Briegel on Count VI as follows:

a. xxxxx7936 Note: $269,095.37 (which figure consists of the principal balance of $200,064.11 plus accrued interest of $59,574.30, and late charges of $9,456.96); plus

b. additional interest to accrue from and after October 25, 2024, at the rate of 9.00% per annum, or $50.016027 per day, until paid in full; plus

c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against Yoder on Count VII in the amount of $3,112,541.92 which figure consists of:

a. xxxxx7939 Note: Principal balance of $1,344,633.63 plus accrued interest of $189,733.77, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $336.158407 per day, until paid in full, and late charges of $750.00;

b. xxxxx7936 Note: Principal balance of $200,064.11 plus accrued interest of $59,574.30, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $50.016027 per day, until paid in full, and late charges of $9,456.96;

c. xxxxx1205 Note: Principal balance of $671,194.14 plus accrued interest of $66,043.48, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $117.086088 per day, until paid in full, and late charges of $5,509.12;

d. xxxxx1208 Note: Principal balance of $267,971.65 plus accrued interest of $25,541.96, with additional interest to accrue from and after October 25, 2024 at the rate of 6.28% per annum, or $46.746165 per day, until paid in full, and late charges of $4,568.48;

e. Credit Card balance as of October 25, 2024, in the amount of $43,432.99;

f. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against Yoder on Count VIII as follows:

a. xxxxx7936 Note: $269,095.37 (which figure consists of the principal balance of $200,064.11 plus accrued interest of $59,574.30, and late charges of $9,456.96); plus

b. additional interest to accrue from and after October 25, 2024, at the rate of 9.00% per annum, or $50.016027 per day, until paid in full; plus

c. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against Rose Hill on Count IX in the amount of $3,112,541.92 which figure consists of:

a. xxxxx7939 Note: Principal balance of $1,344,633.63 plus accrued interest of $189,733.77, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $336.158407 per day, until paid in full, and late charges of $750.00;

b. xxxxx7936 Note: Principal balance of $200,064.11 plus accrued interest of $59,574.30, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $50.016027 per day, until paid in full, and late charges of $9,456.96;

c. xxxxx1205 Note: Principal balance of $671,194.14 plus accrued interest of $66,043.48, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $117.086088 per day, until paid in full, and late charges of $5,509.12;

d. xxxxx1208 Note: Principal balance of $267,971.65 plus accrued interest of $25,541.96, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $46.746165 per day, until paid in full, and late charges of $4,568.48;

e. Credit Card balance as of October 25, 2024, in the amount of $43,432.99;

f. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against B&B Legacy on Count X in the amount of $3,112,541.92 which figure consists of:

a. xxxxx7939 Note: Principal balance of $1,344,633.63 plus accrued interest of $189,733.77, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $336.158407 per day, until paid in full, and late charges of $750.00;

b. xxxxx7936 Note: Principal balance of $200,064.11 plus accrued interest of $59,574.30, with additional interest to accrue from and after October 25, 2024, at the rate of 9.0% per annum, or $50.016027 per day, until paid in full, and late charges of $9,456.96;

c. xxxxx1205 Note: Principal balance of $671,194.14 plus accrued interest of $66,043.48, with additional interest to accrue from and after October 25, 2024, at

the rate of 6.28% per annum, or $117.086088 per day, until paid in full, and late charges of $5,509.12;

d. xxxxx1208 Note: Principal balance of $267,971.65 plus accrued interest of $25,541.96, with additional interest to accrue from and after October 25, 2024, at the rate of 6.28% per annum, or $46.746165 per day, until paid in full, and late charges of $4,568.48;

e. Credit Card balance as of October 25, 2024 in the amount of $43,432.99;

f. Expenses and attorney's fees of $224,067.33 (which figure consists of appraisal fees, $27,500.00; insurance premiums, $39,580.25; attorney's fees, $147,033.48; reconveyance fee, $140.00; UCC fee, $13.60; and other-consultant fee, $9,800.00).

It is further

ORDERED judgment is entered in favor of Lender and against B&B on Count XI in the amount of $43,432.99. It is further

ORDERED Plaintiff shall forbear from seeking to enforce the foregoing judgment until the foreclosure of the Ray County Property has been completed. (Docs. #62 & #63).

IN SUMMARY and for the sake of clarification and ease of understanding, the following table details the total amount of the indebtedness owed for all Counts listed above as of October 25, 2024, which is $3,112,541.92:

| Debt | Description | Amount | Per Diem |
|---|---|---:|---:|
| Loan xxxxx7939 | Principal | $1,344,633.63 | |
| | Interest | $189,733.77 | |
| | Late Charges | $750.00 | |
| | **Subtotal:** | **$1,535,117.40** | 336.158407 |
| Loan xxxxx7936 | Principal | $200,064.11 | |
| | Interest | $59,574.30 | |
| | Late Charges | $9,456.96 | |
| | **Subtotal:** | **$269,095.37** | 50.016027 |
| Loan xxxxx1205 | Principal | $671,194.14 | |
| | Interest | $66,043.48 | |
| | Late Charges | $5,509.12 | |
| | **Subtotal:** | **$742,746.74** | 117.086088 |

| Loan xxxxx1208 | Principal | $267,971.65 | |
|---|---|---|---|
| | Interest | $25,541.96 | |
| | Late Charges | $4,568.48 | |
| | **Subtotal:** | **$298,082.09** | 46.746165 |
| Expenses/Fees | Appraisal Fees | $27,500.00 | |
| | Ins. Prem. | $39,580.25 | |
| | Release/Record. Fee | $140.00 | |
| | UCC Fee | $13.60 | |
| | Other-Consultant | $9,800.00 | |
| | Attorney Fees | $147,033.48 | |
| | **Subtotal:** | **$224,067.33** | |
| Credit Card | | $43,432.99 | |
| | **Subtotal:** | **$43,432.99** | |
| | **Total:** | **$3,112,541.92** | **550.006687** |

Based upon the foregoing, the following table details the total judgment amount against each individual Defendant on Counts I – XI as of October 25, 2024:

| **Defendant** | **Counts** | **Total Judgment** | **Per Diem** |
|---|---|---|---|
| B&B | I, II, III, IV, XI | $3,112,541.92 | 550.006687 |
| Briegel | I, III, IV, V, VI | $3,112,541.92 | 550.006687 |
| Yoder | I, III, IV, VII, VIII | $3,112,541.92 | 550.006687 |
| Rose Hill | IX | $3,112,541.92 | 550.006687 |
| B&B Legacy | X | $3,112,541.92 | 550.006687 |

IT IS SO ORDERED.

Dated: April 21, 2025       /s/ Brian C. Wimes
                            JUDGE BRIAN C. WIMES
                            UNITED STATES DISTRICT COURT