IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BANK OF BLUE VALLEY, a division of HTLF Bank, formerly known as Morrill & Jones Bank and Trust Company, <br><br> Plaintiff, <br><br> v. <br><br> B&B CAPITAL, et al., <br><br> Defendants. | Case No. 4:23-CV-00634-BCW |

**ORDER**

Before the Court is Plaintiff the Bank of Blue Valley's Motion for Summary Judgment (Doc. #64) and Motion to Dismiss Without Prejudice Counts XII, XIII, and XV (Doc. #83). The Court, being duly advised of the premises, denies as moot the motion for summary judgment and grants the motion to dismiss Counts XII, XIII, and XV.

Plaintiff filed this matter in September 2023 alleging Defendants' breach of the terms of multiple promissory notes and guaranties relating to certain property. (Doc. #1). Plaintiff filed an Amended Complaint in November 2023 alleging Counts I – XV against Defendants. (Doc. #12).

In March 2024, the parties reached Settlement Agreement, and in June 2024, the Court entered an Order and Consent Judgment as to Plaintiff's Count XIV for the foreclosure of the deed of trust for certain property located in Ray County, Missouri. (Doc. #62).

On November 1, 2024, Plaintiff filed a motion for summary judgment on Counts I, II, III, IV, V, VI, VII, VIII, IX, X, and XI of the Amended Complaint. (Doc. #64). Subsequently, on February 14, 2025, the parties filed a Joint Motion for Stipulated Judgment on Counts I-XI (Doc. #82), alongside a proposed stipulated judgment on these claims. After reviewing the parties'

1

proposed judgment and a telephone conference with counsel on March 25, 2025, the Court granted the Joint Motion for Stipulated Judgment on April 21, 2025. Consequently, Plaintiff's motion for summary judgment is properly denied as moot.

After the Court entered its Order and Consent Judgment as to Count XIV (Doc. #62) and the Stipulated Judgment on Counts I – XI, only Counts XII, XIII, and XV remain. On February 20, 2025, Plaintiff filed a motion to dismiss Counts XII (replevin), XIII (personal property foreclosure), and XV (receiver) without prejudice. (Doc. #83). Plaintiff asserts dismissal of these claims without prejudice is proper where Plaintiff has, as part of the Settlement Agreement, collected and liquidated all known tangible property of Defendants, thus achieving the relief sought in Counts XII and XIII. Further, Plaintiff asserts the Ray County property foreclosure sale is imminent, and Plaintiff believes Defendants do not own additional real property that would require a receivership, thus dispensing with Count XV.

Pursuant to Fed. R. Civ. P. 41(a)(2), providing for the dismissal of claims at the plaintiff's request "by court order, on terms that the court considers proper," Plaintiff's motion to dismiss Counts XII, XIII, and XV is granted. Accordingly, it is hereby

ORDERED Plaintiff the Bank of Blue Valley's Motion for Summary Judgment (Doc. #64) is DENIED AS MOOT. It is further

ORDERED Plaintiff's Motion to Dismiss Without Prejudice Counts XII, XIII, and XV (Doc. #83) is GRANTED. Plaintiff's Counts XII, XIII, and XV alleged in the First Amended Complaint are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: April 22, 2025  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT